In the Matter of the Claim of Mrs. FRANK C. BURT, Respondent, against GOOD SEED COMPANY, INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of F. C. BURT, Respondent, against GOOD SEED COMPANY, INC., Appellant, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal by the employer from the award of the State Industrial Board in favor of the widow of Frank C. Burt, deceased employee, for death benefits and for total disability compensation accruing to the deceased prior to his death and payable to his widow. The employer was engaged in the seed business and claimant was occupied as a salesman. On November 24, 1931, while engaged in the regular course of his employment and while proceeding along a public highway he tripped over a coal chute and fell to the ground and sustained serious injuries. The Industrial Board found that the deceased was totally disabled because of these injuries and that he died as a result thereof on September 18, 1935. The evidence sustains the finding of the Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of LAURA A. SULLIVAN, Respondent, against LAURA VALENTINE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Decedent was employed as a private and domestic chauffeur in a city of two million inhabitants and over. (Workmen's Comp. Law, § 3, subd. 1, group 12.) He met his death while so engaged. The constitutional question raised has been considered and passed upon. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.